for his services. Appeal dismissed, without costs. It is evident on the face of the order that it was made on appellant's default. An appeal does not lie from an order entered on default (Civ. Prac. Act, § 557, subd. 1; *Burn* v. *Coyle*, 258 App. Div. 618; affd. 284 N. Y. 789). Appellant may move, if so advised, to open her default pursuant to section 108 of the Civil Practice Act. A prior motion to dismiss this appeal on this same ground was denied because of fatal defects in the motion papers. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ In the Matter of CHARLES FOPPIANO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator denying an application for a certificate of eviction of a tenant in a two-family house, the appeal is from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, without costs. There was sufficient evidence in the record to support respondent's finding that the appellant did not seek possession of the premises in good faith (*Matter of Acevedo* v. *Weaver*, 6 A D 2d 835). Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of JOSEPH POKORNY et al., Respondents. KENNETH STEIN, Appellant; FIRE ISLAND PINES PROPERTY OWNERS ASSOCIATION, INC., et al., Respondents.— Appeal from an order of the County Court, Suffolk County, granting the application. Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of JOSEPH POKORNY et al., Respondents. KENNETH STEIN, Appellant; FIRE ISLAND PINES PROPERTY OWNERS ASSOCIATION, INC., et al., Respondents.— Appeal from an order of the County Court, Suffolk County, granting the application. Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of DOROTHEA A. SHEARN, as Executrix of CLARENCE J. SHEARN, Deceased, Appellant, against SIDNEY H. REICH, Respondent.— In a proceeding to restrain and prohibit a Referee, appointed by an Acting Surrogate, from proceeding with the reference, the appeal is from so much of an order as dismissed the proceeding. The application to prohibit the Referee from acting was made on the ground that the order appointing him is a nullity. Order insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of SUNLAND BEVERAGE CORP., Respondent, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Appellants. — In a proceeding to review a determination of the State Liquor Authority which denied an application for a renewal of a wholesale beer license, the appeal is (1) from a final order annulling the determination and directing the issuance of the license, and (2) from so much of an intermediate order as directs appellants to issue a temporary license for a period not exceeding 30 days, *pendente lite*. Final order reversed, without costs, and proceeding dismissed, without costs. Respondent was the holder for successive years of a wholesale beer license issued by appellants and their predecessors under the Alcoholic Beverage Control Law. On April 14, 1958 appellants revoked the annual license then in effect. Upon review in this court, the determination was annulled and the matter was remitted to appellants for reconsideration and imposition of a lesser penalty, on the ground that revocation was an excessive punishment (*Matter of Sunland Beverage Corp.* v. *Rohan*, 6 A D 2d 867, motion for leave to appeal denied 5 N Y 2d 709). Respondent applied for a renewal license for the annual period commencing July 1, 1958. Appellants served a